UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| vs. | CRIMINAL NO.: 12-685 (FLW) |
| RUBEN MEDINA, Defendant. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant Ruben Medina, for an Order modifying the conditions of Defendant's pretrial release, and with defense counsel having secured the consent of Erika DiPalma of the District of New Jersey Pretrial Services, Anna Lee of the Eastern District of New York Pretrial Services and with Assistant United States Attorney Daniel Shapiro having no objection to the modifications of Pretrial Release, and for good and sufficient cause shown;

It is on this ___20th___ day of November, 2012;

**ORDERED**, that the conditions of Defendant Ruben Medina's pretrial release shall be modified as follows:

1. Defendant shall be permitted to be to be outside his residence to work as an electrical apprentice from 6:00 am to 5:00 pm. The modifications to defendant's

curfew shall be determined and approved by Pretrial Services with location monitoring. Pretrial Services is authorized to conduct visits at this residence to ensure compliance with the conditions of pretrial release;

It is further **ORDERED** that the remaining conditions of pretrial supervised release, including electronic monitoring, shall remain in full effect.

_____
HON. FREDA L. WOLFSON, U.S.D.J.